*E-FILED - 9/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KELVIN HOUSTON, | ) | No. C 09-3743 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| SUPREME COURT OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A.

IT IS SO ORDERED.

DATED: 9/29/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\OTHER\Houston743jud.wpd